# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| KATHY BAUER, on behalf of herself and others similarly situated, ) ) ) Plaintiff, ) vs. ) ) STATE FARM LIFE INSURANCE ) COMPANY, ) ) Defendant. ) ) | Civil Action No. 1:21-cv-00464-SDG |

## MOTION FOR LEAVE FOR CASSANDRA K. JOHNSON TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1, Cassandra K. Johnson respectfully requests this Court grant her leave to withdraw as counsel on behalf of Defendant State Farm Life Insurance Company. In support of this Request, Ms. Johnson states as follows:

1. Ms. Johnson will be leaving the law firm of Alston & Bird LLP on July 30, 2021 to go in-house at a company.

2. Ms. Dawson, Ms. Powers, and the law firm of Alston & Bird LLP will remain as counsel on this case.

3. No extensions of the case schedule will be required as a result of this Request.

4. Ms. Johnson informed the client of her imminent departure, and the client has consented to her withdrawal from the case and to continued representation by other attorneys at Alston & Bird.

Dated: July 28, 2021

*/s/ Cassandra K. Johnson*

Cassandra K. Johnson
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
404-881-7000 / 404-881-7777 (fax)
cassie.johnson@alston.com