UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHY BAUER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:21-cv-00464-SDG |

**STIPULATED NOTICE OF DISMISSAL**

WHEREAS the claims of Kathy Bauer against Defendant State Farm Life Insurance Company ("State Farm") in this action are encompassed by a nationwide class settlement in the case captioned *Rogowski v. State Farm Life Insurance Co.*, No. 4:22-cv-00203-RK (W.D. Mo.);

WHEREAS the nationwide class settlement in *Rogowski* has been finally approved and final judgment entered, *see id.* at Docs. 66 & 67, and the time for appealing the *Rogowski* settlement and judgment have now passed without any appeal being taken;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Ms. Bauer and State Farm, through their undersigned attorneys,

hereby agree to the dismissal with prejudice of Ms. Bauer's claims against State Farm in the above-captioned lawsuit. The parties further stipulate that, as it pertains to Ms. Bauer's claims, each party shall bear its own costs and attorneys' fees incurred to date.

Dated: May 30, 2023	Respectfully submitted,

**BARNES LAW GROUP, LLC**

*/s/ Roy E. Barnes*
Roy E. Barnes (Ga. Bar No. 039000)
J. Cameron Tribble (Ga. Bar No. 754759)
31 Atlanta Street
Macon, Georgia 30060
Telephone: (770) 227-6375
Facsimile:  (770) 227-6373
roy@barneslawgroup.com
ctribble@barneslawgroup.com

Norman E. Siegel, MO # 37682
(admitted pro hac vice)
Lindsay Todd Perkins, MO # 60004
(admitted pro hac vice)
Ethan Lange, MO # 67857
(admitted pro hac vice)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri
64112 Telephone: 816-714-7100
Facsimile:  816-714-7101
Email: siegel@stuevesiegel.com
Email: perkins@stuevesiegel.com
Email: lange@stuevesiegel.com

John J. Schirger, MO # 60583
(admitted pro hac vice)
Matthew W. Lytle, MO #59145
(admitted pro hac vice)
Joseph M. Feierabend, MO #62563
(admitted pro hac vice)
MILLER SCHIRGER LLC
4520 Main Street, Suite 1570
Kansas City, MO 64111
Email: jschirger@millerschirger.com
Email: mlytle@millerschirger.com
Email: jfeierabend@millerschirger.com

*Attorneys for Plaintiff*

Cari K. Dawson
Georgia Bar No. 213490
Tiffany Powers
Georgia Bar No. 586589
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: cari.dawson@alston.com
Email: tiffany.powers@alston.com

*Attorneys for Defendant State Farm Life Insurance Company*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that, pursuant to Local Rules 5.1(C) and 7.1(D), the foregoing was prepared in Times New Roman 14-point font, double-spaced, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

Dated: May 30, 2023

/s/ Roy E. Barnes
Roy E. Barnes

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on May 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send email notification to all attorneys of record.

/s/ Roy E. Barnes
Roy E. Barnes

*Attorney for Plaintiff*